## FANNING ET AL. V. COIT.

A claim of debt against the estate of a deceased person, not being exhibited to the administrator within the time limited by the Court of Probate, is foreclosed, and no court can relieve against it.

COIT preferred his petition to the Court of Common Pleas, against Fanning and others, administrators on the estate of Hurlbut, deceased, alleging — That himself, the deceased, and one other, had been partners in trade: That since the death of said Hurlbut a demand had been exhibited against said partnership, which was the joint duty of said partners to have discharged, and the petitioner was obliged to pay the whole thereof:— Therefore, praying for a decree that said administrators should pay out of the estate of said deceased, such proportion of said demand as belonged to their intestate to have paid.

There was a plea in abatement — That said Coit did not exhibit his claim against the estate of said Hurlbut, within the time limited by the judge of probate: But it was ruled

insufficient by the Court of Common Pleas, and a decree passed.

On writ of error, the decree was here reversed.— For,

By the whole COURT. The petitioner neglecting to exhibit his claim to the administrators, within the time limited by the Court of Probate, was, by a positive statute, foreclosed from any recovery afterwards; which no court of law or equity hath right to dispense with, or relieve against.